IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA PRESTON, Individually, and as Personal Representative and/or Administratrix of the ESTATE OF WILLIAM PRESTON A/K/A WILLIAM GARY PRESTON, DECEASED, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  CIVIL ACTION NO. 11-0322-CG-C |
| GREGORY NOLAN SMITH, and BRENT MICHAEL SMITH, | ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties having filed a joint stipulation for dismissal with prejudice on February 4, 2013 (Doc. 64), it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear her or his own costs.

**DONE and ORDERED** this 14th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE